```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

|  |  |
|---|---|
| AUBRIS RESOURCES, LP, FKA UNITED RESOURCES, L.P., ITSELF FKA UNITED OIL & MINERAL, L.P.,<br><br>   Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>   Defendants. | Civil Action<br>No. C-06-539 |

## ORDER

On January 23, 2007, the Court conducted a scheduled initial pretrial and scheduling conference in the above-styled action. At that conference, the Court ordered as follows:

1. Plaintiff has until Tuesday, January 30, 2007 to file an amended complaint that includes the following information: (1) the citizenship of all of Plaintiff's general and limited partners; (2) the principal place of business of Defendant St. Paul Fire and Marine Insurance Company; and (3) the principal place of business of Defendant National Union Fire Insurance Company of Pittsburgh ("National Union").

2. Plaintiff has until Tuesday, January 30, 2007, to determine whether its dispute with Defendant National Union is ripe. If Plaintiff's dispute with National Union is not ripe as of January 30, 2007, Plaintiff shall dismiss National Union from

the instant litigation.

SIGNED and ENTERED this 23rd day of January, 2007.

_____
Janis Graham Jack
United States District Judge