# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRIST DIVISION

| | | |
|---|---|---|
| AUBRIS RESOURCES, LP, FKA UNITED RESOURCES, L.P., itself FKA UNITED OIL & MINERAL, L.P. | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:06-cv-539 |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY & NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH | § § § § § § | |
| Defendant. | § | |

### AFFIDAVIT OF SUZANNE ROBERTS

STATE OF TEXAS

COUNTY OF Harris

BEFORE ME, the undersigned authority, on this day personally appeared SUZANNE ROBERTS, and after being duly sworn, stated as follows:

(1) My name is Suzanne Roberts. I am over the age of eighteen (18) years and have never been convicted of a felony or a crime of moral turpitude. I am competent and qualified to make this Affidavit. The statements contained in my affidavit are true and correct based upon my personal knowledge.

(2) I am an employee of St. Paul Travelers Insurance ("St. Paul"). As an employee of St. Paul, I was and am involved in monitoring an action originally filed against J&R Valley Oilfield Services ("J&R") and United Oil & Minerals L.P.("United")(allegedly now known as "Aubris Resources, L.P.") in 2004 by the estate and intervenors of Ernesto Garza ("Garza"), and by Carlos Figueroa ("Figueroa"), Cause C-2840-03-E, in the 275th Judicial District of Hidalgo County, Texas

(3)   In my capacity as an employee of St. Paul, I was and am involved in the receipt, issuance, and maintenance of information and documentation related to St. Paul's claim file regarding the referenced litigation.

(4)   The attached documents are true and correct copies of the documents maintained by me in the course of regularly conducted business activity in monitoring the claims and litigation against J&R and United in the referenced litigation. It was in the regular course of business for myself and my employees, having knowledge of the litigation, to make the record or to transmit information thereof to be included in such record at or near the time the record was made or reasonably soon thereafter. The documents attached hereto are the original or are true and correct copies of the original and are described as follows:

A. Oilfield Services Term Agreement entered into by and between United Oil and Minerals, L.P. and J&R on or about April 10, 2002.

B. Signed Court Order of Dismissal of J&R from the referenced litigation dated December 19, 2005.

C. Letter dated December 22, 2005 from United to St. Paul Fire and Marine tendering its request for defense and indemnity to St. Paul in the referenced litigation.

_____
Suzanne Roberts

SUBSCRIBED AND SWORN TO BEFORE ME by the said Suzanne Roberts on this the _14th_ day of September, 2007.

_____
Notary Public in and for
The State of TEXAS

My Commission Expires: _August 29, 2009_

[Notary Seal: DONNA G. SENECAL, Notary Public, STATE OF TEXAS, My Comm. Exp. August 29, 2009]

2